UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DMITRII POLADYCHEV,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ JR., et al.,<br>Respondents. | No. 5:26-cv-08948-JDE<br><br>JUDGMENT |

In accordance with the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is: (1) granted, in part, with Respondents ORDERED to immediately release **Petitioner Dmitrii Poladychev (A# 246 606 283)** from custody, subject to his preexisting conditions of parole; and (2) denied without prejudice in all other respects as moot and/or speculative.

Dated: August 21, 2026

JOHN D. EARLY
United States Magistrate Judge